**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        Richard A. Dunsmore v. The State of Texas

Appellate case numbers:  01-14-00251-CR; 01-14-00274-CR

Trial court case numbers: 56909; 56910

Trial court:                      412th Judicial District Court of Brazoria County

Appellant Richard A. Dunsmore has filed an appellant's brief in the above-captioned cases that this Court dismissed for lack of jurisdiction on September 9, 2014. Treating the briefing as a request for rehearing of our opinion issued on September 9, 2014, it is ordered that the motion for rehearing is **denied**.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                            Acting for the Court

Panel consists of Justices Higley, Bland, and Sharp

Date:  September 23, 2014